**E-filed 12/6/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
   ROMEO CIPRIAN POP,                    )
12                                        )  No. C 07-4624 JF
                    Plaintiff,            )
13                                        )
           v.                             )  **STIPULATION TO DISMISS; and**
14                                        )  **[~~PROPOSED~~] ORDER**
   ROBERT S. MUELLER, III, Director,      )
15 Federal Bureau of Investigation;       )
   MICHAEL CHERTOFF, Secretary of         )
16 Department of Homeland Security;       )
   FRANCIS D. SICILIANO, Field Office Director, )
17 U.S. Citizenship and Immigration Services; )
   ROSEMARY MELVILLE, District Director;  )
18 U.S. Citizenship and Immigration Services, )
                                          )
19                  Defendants.           )
                                          )
   _____    )
20

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice because the United States Citizenship and Immigration Services is

24 adjudicating Plaintiff's application for naturalization.

25      Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

   Stipulation to Dismiss
   C07-4624 JF                          1

1  Date: November 30, 2007                    Respectfully submitted,

2                                             SCOTT N. SCHOOLS
                                              United States Attorney
3

4
                                             _____/s/_____
5                                            ILA C. DEISS
                                             Assistant United States Attorney
6                                            Attorneys for Defendants

7

8

9                                            _____/s/_____
   Date: November 30, 2007                   BERNADETTE CONNOLLY
10                                           Attorney for Plaintiff

11

12
                                    **ORDER**
13

        Pursuant to stipulation, IT IS SO ORDERED.
14

15

16 Date:      12/5/07             _____
                                             JEREMY FOGEL
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-4624 JF                    2