\*\*E-filed 12/6/07\*\*

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMEO CIPRIAN POP, ) | No. C 07-4624 JF |
|             Plaintiff, ) | |
|       v. ) | **STIPULATION TO DISMISS; and [~~PROPOSED~~] ORDER** |
| ROBERT S. MUELLER, III, Director, ) Federal Bureau of Investigation; ) MICHAEL CHERTOFF, Secretary of ) Department of Homeland Security; ) FRANCIS D. SICILIANO, Field Office Director, ) U.S. Citizenship and Immigration Services; ) ROSEMARY MELVILLE, District Director; ) U.S. Citizenship and Immigration Services, ) ) | |
|            Defendants. ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is adjudicating Plaintiff's application for naturalization.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-4624 JF                               1

| | |
|---|---|
| Date: November 30, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: November 30, 2007 | _____/s/_____<br>BERNADETTE CONNOLLY<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   12/5/07

_____
JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-4624 JF                                        2